# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136217

MARK ANDERSON,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 136217
CoA: 281128

      On order of the Chief Justice, plaintiff-appellant's motion to waive the entry fee is considered and it is denied because he has failed to provide documentation of the status of his inmate account.  MCL 600.2963.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

Clerk

jm